MARY AGNES RYAN et al., complainants,

*v.*

JOHN K. DALY et al., defendants.

[Decided May 16th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *99 N. J. Eq. 585.*

Appeal of Margaret Daly.

*Mr. William F. Burke* and *Mr. G. Frank Shanley,* for the complainants.

*Mr. Richard Doherty* and *Mr. Charles A. Rooney,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.